RECEIVED
IN ALEXANDRIA, LA.

FEB 29 2012

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| RUTH GILLES (A074-935-257)<br>Petitioner | CIVIL ACTION<br>SECTION "P"<br>1:11-00418 |
| VERSUS | |
| CRAIG S. ROBINSON<br>Respondent | JUDGE JAMES T. TRIMBLE, JR.<br>MAGISTRATE JUDGE JAMES D. KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Gilles' habeas petition (Doc. 11) is DENIED AND DISMISSED WITH PREJUDICE AS MOOT.

THUS DONE AND SIGNED at Alexandria, Louisiana on this 29th day of February, 2012.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE